# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOAO NETO, | |
| Plaintiff | No. |
| v. | Filed Electronically |
| TOMASSO TRATTORIA, INC. and THOMAS FRANCIS PRINCE, | **NOTICE OF REMOVAL** |
| Defendants | |

Pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1441(a), and 28 U.S.C. § 1446, Defendants Tomasso Trattoria, Inc. and Thomas Francis Prince (together, "Defendants"), by and through their undersigned counsel, hereby remove to the United States District Court for the District of Massachusetts the case styled as <u>Joao Neto v. Tomasso Trattoria, Inc. and Thomas Francis Prince</u>, C.A. No. 1981CV00276 (the "State Court Action"), originally filed in the Superior Court of Middlesex County, Massachusetts.

## THE REMOVED CASE

As grounds for removal, the Defendants state as follows:

1. On December 27, 2018, Plaintiff, Joao Neto ("Plaintiff") initiated the State Court Action by filing a Complaint against the Defendants. Plaintiff asserts a single cause of action against the Defendants under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq ("FLSA"). A copy of the Complaint is attached hereto as <u>Exhibit 1</u>.

2. The Complaint was served on Defendant Tomasso Trattoria, Inc. on February 25, 2019 and was served on Defendant Thomas Francis Prince on March 7, 2019.

3. Because Plaintiff has asserted claims arising under the FLSA, this Court has

original federal question jurisdiction pursuant to 28 U.S.C. § 1331.

4. Consequently, the Defendants may remove this case pursuant to 28 U.S.C. § 1441(a).

5. This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b), because it is filed within thirty days after service of the Complaint on each of the Defendants.

6. This Court is the United States District Court for the district within which the State Court Action is pending. The State Court Action is properly removed to this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446.

7. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal, together with a copy of this Notice of Removal and attached exhibits, is being filed with the Clerk of the Middlesex County, Massachusetts, Superior Court, and served on Plaintiff. A copy of the Notice to the State Court of Filing of Notice of Removal is attached as <u>Exhibit 2</u> hereto.

8. In filing this Notice of Removal, the Defendants reserve any and all defenses, objections, and exceptions, including without limitation those relating to jurisdiction, venue, and statutes of limitation.

WHEREFORE, the Defendants hereby remove the State Court Action to the United States District Court for the District of Massachusetts.

## **RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to F.R.C.P. 7.1, Defendant Tomasso Trattoria, Inc. states that Tomasso Trattoria, Inc. has no parent corporation and has no publicly held corporation owning 10% or more of its stock.

                                              TOMASSO TRATTORIA, INC. and
                                              THOMAS FRANCIS PRINCE,

                                              By their Attorneys,

                                              PARTRIDGE SNOW & HAHN LLP


                                              /s/ William R. Moorman, Jr.
                                              William R. Moorman, Jr. (BBO #548593)
                                              Paige V. Schroeder (BBO # 689346)
                                              30 Federal Street
                                              Boston, MA  02110
                                              (617) 292-7900
                                              (617) 292-7910 FAX
                                              wmoorman@psh.com
                                              pschroeder@psh.com


DATED:       March 27, 2019


## CERTIFICATE OF SERVICE

I, William R. Moorman, Jr., hereby certify that on March 27, 2019, I caused the foregoing Notice of Removal, and accompanying exhibits, to be electronically filed via the Court's CM/ECF system. The foregoing documents are available for viewing and downloading from the CM/ECF system.

I further certify that on this date, I served a copy of the foregoing documents by first class mail, postage pre-paid and by certified mail, return receipt requested, to:

| (via First Class Mail) | (via Certified Mail, Return Receipt Requested) |
|---|---|
| Ludovino Gardini, Esq.<br>Perez Gardini, LLC<br>P.O. Box 205<br>Somerville, MA  02143 | Ludovino Gardini, Esq.<br>Perez Gardini Law, LLC<br>24 Dane Street<br>Somerville, MA  02143 |

                                              /s/ William R. Moorman, Jr.
                                              William R. Moorman, Jr. (BBO #548593)

3529870.1/MTBA-WRM