# EXHIBIT 2

# NOTICE TO THE STATE COURT OF FILING OF NOTICE OF REMOVAL

3530203.1/MTBA-WRM

# COMMONWEALTH OF MASSACHUSETTS

| | |
|---|---|
| MIDDLESEX, SS. | SUPERIOR COURT DEPARTMENT<br>CIVIL ACTION NO. 1981CV00276 |

JOAO NETO,

       Plaintiff

v.

TOMASSO TRATTORIA, INC. and
THOMAS FRANCIS PRINCE,

       Defendants

## DEFENDANTS TOMASSO TRATTORIA, INC.'S AND THOMAS FRANCIS PRINCE'S NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. § 1446(d)

Pursuant to 28 U.S.C. § 1446(d), Defendants Tomasso Trattoria, Inc. and Thomas Francis Prince (together, "Defendants"), by and through their undersigned counsel, hereby give notice that they have filed in the United States District Court for the District of Massachusetts the attached Notice of Removal of the above-captioned action.

Pursuant to 28 U.S.C. § 1446, the filing of this Notice effects the removal of this action to the federal court, and this Court is directed to "proceed no further unless and until the case is remanded." 28 U.S.C. § 1446(d).

        TOMASSO TRATTORIA, INC. and
THOMAS FRANCIS PRINCE

By their Attorneys,

PARTRIDGE SNOW & HAHN LLP

_____
William R. Moorman, Jr. (BBO #548593)
Paige V. Schroeder (BBO # 689346)
30 Federal Street
Boston, MA  02110
(617) 292-7900
(617) 292-7910 FAX
wmoorman@psh.com
pschroeder@psh.com

DATED:    March 27, 2019

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Defendants Tomasso Trattoria, Inc.'s and Thomas Francis Prince's Notice of Removal Pursuant to 28 U.S.C. § 1446(D) was mailed, postage prepaid on this 27th day of March, 2019 addressed to the following:

Ludovino Gardini, Esq.
Perez Gardini, LLC
P.O. Box 205
Somerville, MA  02143

_____
William R. Moorman, Jr. (BBO #548593)

# EXHIBIT 1

# COMPLAINT

# EXHIBIT 2

## NOTICE TO THE STATE COURT OF FILING OF NOTICE OF REMOVAL

3529856.1/MTBA-WRM