Perez Gardini, LLC
296 Newton Street
Waltham, MA 02153
Ludovino Gardini, Esq. [568563]
Ph: 855-337-8440

**Attorney for Plaintiff**
Joao Neto


William R. Moorman, Jr. [548593]
Partridge Snow & Hahn LLP
30 Federal Street
Boston, MA 02110
Ph: 617-292-7900

**Attorney for Defendants**
Tomasso Trattoria, Inc.
Thomas Francis Prince


UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOAO NETO,  )<br>  )<br>  *Plaintiff,*  )<br>  )<br>v.  )<br>  )<br>THOMAS FRANCIS PRINCE; and  )<br>TOMASSO TRATTORIA, INC  )<br>  )<br>  )<br>  *Defendants.*  )<br>  )<br>  ) | Case No. 1:19-CV-40046-ADB |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by

them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein, if any, against all parties, with each party to bear its own attorney's fees and costs.

| | |
|---|---|
| Dated: October 25, 2019 | Dated: October 25, 2019 |
| Respectfully submitted, | Respectfully submitted, |
| JOAO NETO,<br>By his attorney, | TOMASSO TRATTORIA, INC.,<br>THOMAS FRANCIS PRINCE,<br>By their attorney, |
| /s/ Ludovino Gardini<br>Ludovino Gardini<br>BBO #568563<br>Perez Gardini, LLC<br>296 Newton Street<br>Waltham, MA 02153<br>(855) 337-8440<br>Fax: (866) 520-1233<br>ludo@gardinilaw.com | /s/ William R. Moorman, Jr.<br>William R. Moorman, Jr.<br>BBO #548593<br>Partridge Snow & Hahn, LLP<br>30 Federal Street<br>Boston, MA 02110<br>617-292-7900<br>wmoorman@psh.com |

## CERTIFICATE OF SERVICE

I, William R. Moorman, Jr., Esq., hereby certify that on this 25th day of October 2019, I served a true copy of the foregoing document upon the following participants electronically via the CM/ECF System:

Ludovino Gardini, Esq.
Perez Gardini Law, LLC
296 Newton Street
Waltham, MA  02153
ludo@gardinilaw.com

/s/ William R. Moorman, Jr.
William R. Moorman, Jr., Esq.

3665939.1/16312-3